UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS,
STATE OF MONTANA
    *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services;
MELANIE FONTES RAINER, in her
official capacity as Director of the Office for
Civil Rights; CENTERS FOR MEDICARE
& MEDICAID SERVICES; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

    *Defendants*.

Case No. 6:24-cv-00211

---

**EXHIBIT A TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS; STATE OF MONTANA, | § § § § | |
| *Plaintiffs,* | § § § | Case No. |
| v. | § § | |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Office for Civil Rights; CENTERS FOR MEDIRACRE AND MEDICAID SERVICES; and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

---

### DECLARATION OF EMILY ZALKOVSKY

---

I, Emily Zalkovsky, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1.      My name is Emily Zalkovsky, I am over 18 years of age, of sound mind, and capable of making this declaration. I have personal knowledge and expertise of the matters stated herein and they are true and correct.

2.      I am the Chief Medicaid and CHIP Services Officer for the Texas Health and Human Services Commission (HHSC). I am responsible for providing strategic direction and oversight for the Medicaid and Children's Health Insurance Program (CHIP) in Texas. I have held this position since July 2023.

3.    HHSC is the state governmental entity designated in Texas to administer the State's Medicaid program and CHIP. The Texas Medicaid program ensures access to high-quality medical care for millions of Texans. Medicaid is designed as a cooperative federal-state program that provides medically necessary healthcare to low-income families, children, older adults, and individuals with disabilities. CHIP provides coverage for medical services to children in families who earn more than the threshold to qualify for Medicaid but cannot afford to purchase private insurance.

4.    I am aware of the newly adopted federal rule titled "Nondiscrimination in Health Programs and Activities" and its application to Medicaid and CHIP. The new rule states, in part, that covered entities are not permitted to "deny or limit health services sought for purpose of gender transition or other gender-affirming care that the covered entity would provide to an individual for other purposes if the denial or limitation is based on an individual's sex assigned at birth, gender identity, or gender otherwise recorded."

5.    Pursuant to the Texas Medicaid Provider Procedures Manual, "sex change operations" is a service explicitly excluded as a benefit of the Texas Medicaid program. *See* Texas Medicaid Provider Procedures Manual, Vol. 1, Section 1.11 Texas Medicaid Limitations and Exclusions.[1]

6.    Neither the Medicaid program nor CHIP may provide reimbursement to a physician or health care provider for the provision of a procedure or treatment to a child that is prohibited under Section 161.702 of the Texas Health and Safety Code.

7.    Medicaid is a health insurance program jointly funded by the state and federal governments, where state funds are matched with federal dollars at a set percentage rate. In federal fiscal year 2023, the federal share of the Texas Medicaid program was $37,438,426,896.00 from the Centers for Medicare and Medicaid Services (CMS), the federal government entity that administers the Medicaid program. This amount is exclusive of the additional funds received for administration of the Texas Medicaid program.

8.    CHIP is also funded jointly by the state and federal governments. In federal fiscal year 2023, the federal share of CHIP was $225,012,943.00 from CMS. This amount is inclusive of the funds awarded for administration of CHIP.

---

[1]www.tmhp.com/sites/default/files/file-library/resources/provider-manuals/tmppm/pdf-chapters/2024/2024-06-june/1_01_provider_enrollment.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of Arizona on the 11th of June 2024.

Emily
Zalkovsky

Digitally signed by Emily
Zalkovsky
Date: 2024.06.11 12:39:00
-05'00'

Emily Zalkovsky