# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

STATE OF TEXAS,
STATE OF MONTANA
  *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services;
MELANIE FONTES RAINER, in her
official capacity as Director of the Office for
Civil Rights; CENTERS FOR MEDICARE
& MEDICAID SERVICES; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

  *Defendants.*

Case No. 6:24-cv-00211

---

## EXHIBIT B TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| State of Texas, <br> State of Montana <br>        *Plaintiffs*, <br><br> v. <br><br> Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights; Centers for Medicare and Medicaid Services; United States Department of Health and Human Services, <br><br>        *Defendants.* | Case No. |

---

### DECLARATION OF ERIC BENTLEY

---

My name is Eric Bentley, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise of the matters stated herein.

I am the Vice Chancellor and General Counsel of the Texas Tech University System (TTUS) and have been in my current position since September of 2018. In this capacity, I oversee the legal matters for TTUS and its five component institutions: Texas Tech University (TTU), Texas Tech University Health Sciences Center (TTUHSC), Texas Tech University Health Science Center El Paso (TTUHSC EP), Angelo State University (ASU), and Midwestern State University (MSU).

1. TTUS operates the following health science centers, both of which are separate state of Texas institutions of higher education: Texas Tech Health Sciences Center (TTUHSC) and Texas Tech Health Science Center El Paso (TTUHSC EP).

2. I am aware of the federal government's new rule titled "Nondiscrimination in Health Programs and Activities," 89 Fed. Reg. 37,522, issued on May 6, 2024 ("Final Rule"). That Final Rule applies to "[e]very health program or activity, any part of which receives Federal financial assistance, directly or indirectly, from the Department." 89 Fed. Reg. 37,693, *to be codified at* 42 U.S.C. § 925.2(a)(1). TTUHSC and TTUHSC EP are "covered

entities" under the Final Rule. *See* 89 Fed. Reg. 37,694.

3.  The Final Rule requires covered entities to perform and assist with gender-transition treatments, including puberty blockers, cross-sex hormones, or surgeries. *See, e.g.*, 89 Fed. Reg. 37,701, *to be codified at* 45 C.F.R. § 92.206(b)(4).

4.  Under the Final Rule, as covered entities, TTUHSC and TTUHSC EP will be required to incur costs associated with "designat[ing] and authoriz[ing] at least one employee, a 'Section 1557 Coordinator' to coordinate the covered entity's compliance" with the Rule. *See* 89 Fed. Reg. 37,696, *to be codified at* 42 C.F.R. § 92.7(a). TTUHSC and TTUHSC EP will also be required to "implement written policies and procedures in its health programs and activities that" must comply with the terms of the Final Rule. *Id.*, *to be codified at* 42 C.F.R. § 92.8(a). TTUHSC and TTUHSC EP will also incur costs providing training on the requirements of the Final Rule. *See* 89 Fed. Reg. 37,697, *to be codified at* 42 C.F.R. § 92.9(a).

5.  The Final Rule conditions federal Medicare and Medicaid funding with compliance with its terms. *See, e.g.*, 89 Fed. Reg. 37,701, *to be codified at* 45 C.F.R. § 92.301.

6.  But the terms of the Final Rule conflict with Texas law. Texas law prohibits healthcare providers from performing a sterilizing surgery or mastectomy, or provide puberty blockers or cross-sex hormones to minors "[f]or the purpose of . . . affirming the child's perception of the child's sex if that perception is inconsistent with the child's biological sex." Tex. Health & Safety Code § 161.702. Texas also excludes these procedures from its CHIP program. Tex. Health & Safety Code § 62.151(g). Texas also excludes "sex change operations" from its Medicaid program. Tex. Health & Human Servs., Tex. Medicaid Provider Procedures Manual § 1.11 (May 2024).

7.  TTUHSC received total Medicaid and Medicare revenue of $98,571,397.70 for the twelve-month period that ended on August 31, 2023.

8.  TTUHSC EP received total Medicaid and Medicare revenue of $32,991,046 for the twelve-month period that ended on August 31, 2023.

9.  If TTUHSC and TTUHSC EP fail to comply with the Final Rule, they risk losing millions of dollars of federal funding.

10. All the facts and information contained within this declaration are within my personal knowledge and are true and correct. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June 2024, in Lubbock, Texas.

_____
ERIC BENTLEY