**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

STATE OF TEXAS,
STATE OF MONTANA
        *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services;
MELANIE FONTES RAINER, in her
official capacity as Director of the Office for
Civil Rights; CENTERS FOR MEDICARE
& MEDICAID SERVICES; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

        *Defendants.*

Case No. 6:24-cv-211

## [PROPOSED] ORDER

Before the Court is Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction against the challenged rule (Nondiscrimination in Health Programs and Activities, 89 Fed. Reg. 37,522 (May 6, 2024) (Final Rule)). Having considered the pleadings, arguments of counsel, and the applicable law, Plaintiffs' motion is **GRANTED.**

IT IS ORDERED, pending further order of the Court, that the Final Rule's effective date is postponed under 5 U.S.C. § 705.

IT IS FURTHER ORDERED, pending further order of the Court, that Defendants are enjoined from interpreting or enforcing Section 1557 of the Affordable Care Act, 42 U.S.C. §18116(a), or any implementing regulations thereto, or the Social Security Act, as barring discrimination based on sexual orientation or gender identity or as requiring performance of (or

insurance or other coverage of) abortions or gender-transition procedures or treatments—including by denying federal financial assistance or by otherwise pursuing, charging, or assessing any penalties, fines, assessments, investigations, or other enforcement actions—and from enforcing, implementing, or relying on the Final Rule against the Plaintiffs (including any of their instrumentalities, agencies, and political subdivisions and resident healthcare providers and health insurance issuers) for refusing to comply with the Final Rule.