UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00211

**State of Texas et al.,**
*Plaintiffs,*

v.

**Secretary Xavier Becerra et al.,**
*Defendants.*

# ORDER

The undersigned hereby **recuses** himself from this action.

*So ordered by the court on June 13, 2024.*

J. CAMPBELL BARKER
United States District Judge