**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| STATE OF TEXAS, STATE OF MONTANA *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Office for Civil Rights; CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | Case No. 6:24-cv-211 |

## JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY OF AGENCY ACTION

The Parties jointly submit this motion to the Court, requesting the following briefing schedule on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action (Dkt. 2).

Plaintiffs challenge a Final Rule promulgated by Defendants and published in the Federal Register on May 6, 2024, Nondiscrimination in Health Programs and Activities, 89 Fed. Reg. 37,522 (the Final Rule). It is set to take effect on July 5, 2024. Plaintiffs served Defendants with Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action (Dkt. 2) on June 13, 2024.  The parties have reached agreement on a proposed schedule for briefing Plaintiffs' motion.  The parties request that the Court enter the following schedule:

1

June 27, 2024          Defendants' Response to Plaintiffs' Motion

July 1, 2024          Plaintiffs' Reply in Support of Plaintiffs' Motion

Plaintiff States respectfully request an order from this Court on injunctive relief by July 4, 2024. Defendants take no position on that request but note that Plaintiffs have not shown that any enforcement proceedings under the Final Rule are certainly impending on or immediately after July 5, 2024.

In the alternative, Plaintiff States request a hearing on their Motion for Temporary Restraining Order before briefing is complete so that they may have an opportunity to be afforded temporary injunctive relief before the effective date of the Final Rule. Defendants oppose this request.

## CONCLUSION

The Parties respectfully request that the Court enter the proposed schedule as outlined above. In the alternative, Plaintiff States respectfully request a hearing on their Motion for Temporary Restraining Order.

Dated: June 17, 2024                              Respectfully Submitted,

**KEN PAXTON**                                    **AUSTIN KNUDSEN**
Attorney General of Texas                         Attorney General of Montana

**BRENT WEBSTER**
First Assistant Attorney General                  */s/ Christian B. Corrigan*
                                                  **CHRISTIAN B. CORRIGAN**
**RALPH MOLINA**                                    *Solicitor General*
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**                               **PETER M. TORSTENSEN, JR.**
Chief, Special Litigation Division                  *Deputy Solicitor General*


*/s/ Amy S. Hilton*
**AMY SNOW HILTON**
Special Counsel
Amy.Hilton@oag.texas.gov

**ETHAN SZUMANSKI**
Special Counsel
Ethan.Szumanski@oag.texas.gov                     Montana Department of Justice
                                                  215 N. Sanders Helena, MT 59601
Office of the Attorney General of Texas           Christian.Corrigan@mt.gov
Special Litigation Division                       Peter.Torstensen@mt.gov
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100                           **COUNSEL FOR STATE OF MONTANA**
Fax: 512-457-4410

**COUNSEL FOR STATE OF TEXAS**



DAMIEN M. DIGGS
United States Attorney

*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)
Texas State Bar # 24065295
**Counsel for Defendants**

3

**CERTIFICATE OF CONFERENCE**

I certify that the Parties conferred on Friday, June 14, 2024, and agreed to submit this Motion jointly.

/s/ Amy S. Hilton
**AMY SNOW HILTON**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on the June 17, 2024, via the electronic case filing system with the Court causing electronic service upon all counsel of record.

/s/ Amy S. Hilton
**AMY SNOW HILTON**

4