**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

STATE OF TEXAS,
STATE OF MONTANA
    *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services;
MELANIE FONTES RAINER, in her
official capacity as Director of the Office for
Civil Rights; CENTERS FOR MEDICARE
& MEDICAID SERVICES; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

    *Defendants.*

Case No. 6:24-cv-211

---

**ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**
**ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND STAY OF AGENCY ACTION**

---

The Court finds that the Parties' Joint Motion for Scheduling Order on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants' Response to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action is due on or before **June 27, 2024**, and Plaintiffs' Reply is due on or before **July 1, 2024**.