UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS,
STATE OF MONTANA
*Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Office for Civil Rights; CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendants.*

Case No. 6:24-cv-211

## ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY OF AGENCY ACTION

The Court finds that the Parties' Joint Motion for Scheduling Order on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants' Response to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action is due on or before **June 27, 2024**, and Plaintiffs' Reply is due on or before **July 1, 2024**.

So **ORDERED** and **SIGNED** this **17th** day of **June, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE