UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MONTANA,<br><br>    Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Office for Civil Rights; CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Case No. 6:24-cv-211-JDK |

**[PROPOSED] ORDER**

    Before the Court is Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Agency Action, *see* ECF No. 2, which Defendants oppose. Having considered the parties' briefing, arguments of counsel, and the applicable law, Plaintiffs' Motion is **DENIED**.