IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS and STATE OF MONTANA, § § § § Plaintiffs, § § v. § Case No. 6:24-cv-211-JDK § XAVIER BECERRA, in his official § capacity as Secretary of Health and § Human Services, et al., § § Defendants. § | |

**ORDER DENYING MOTION FOR EXTENSION OF TIME**

Before the Court is Defendants' unopposed motion for an extension of time to fila a notice of appeal.  Docket No. 40.  Defendants request an extension to allow the Court more time to resolve Defendants' motion to reconsider (Docket No. 21) and Plaintiffs' motion for clarification (Docket No. 20).

The Court has resolved those motions.  Docket No. 41.  Accordingly, the Court **DENIES** Defendants' motion for an extension of time (Docket No. 40) as moot.

So **ORDERED** and **SIGNED** this **30th** day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE