IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS and STATE OF MONTANA,<br><br>　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>　　Defendants. | §§§§§§§§§§§§§§<br><br>Case No. 6:24-cv-211-JDK |

**ORDER STAYING CASE**

Before the Court is the parties' joint motion to stay. Docket No. 45. The parties ask the Court to stay further district court proceedings in this case until Defendants' appeal of the Court's July 3, 2024 Memorandum Opinion and Order (Docket No. 18) and August 30, 2024 Order Modifying Stay (Docket No. 41) is finally resolved.

The Court **GRANTS** the motion. It is hereby **ORDERED** that further proceedings in this case are stayed until Defendants' appeal is finally resolved. The parties are **ORDERED** to file a joint status report within thirty days of final resolution of Defendants' appeal.

Finally, the Court directs the Clerk of Court to administratively close this case for administrative and statistical purposes. The administrative and statistical closing of this case shall not prejudice the rights of the parties to proceed with this case if further proceedings become necessary.

1

So **ORDERED** and **SIGNED** this **2nd** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE