# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS; AND THE STATE OF MONTANA, *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Office for Civil Rights; CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 6:24-cv-00211 |

## STATE OF TEXAS'S NOTICE OF WITHDRAWAL AND DESIGNATION OF LEAD COUNSEL

Plaintiff, the State of Texas (Texas), files this Notice to withdraw Ryan D. Walters as counsel of record in this matter.

Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below, with Kathleen Hunker as lead counsel. This withdrawal will not delay any proceedings.

| | |
|---|---|
| Dated January 31, 2025 | Respectfully submitted, |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ Ryan D. Walters<br>RYAN D. WALTERS<br>Deputy Attorney General for Civil Litigation<br>Texas State Bar No. 24032801<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Texas Bar No. 24118415 |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | GARRETT GREENE<br>Special Counsel<br>Texas Bar No. 24096217 |
| | Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 |
| | COUNSEL FOR PLAINTIFF<br>STATE OF TEXAS |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025, and that all counsel of record were served by CM/ECF.

/s/ Ryan D. Walters
RYAN D. WALTERS