IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-211-JDK |
| § | |
| ROBERT F. KENNEDY, JR., in his § | |
| official capacity as Secretary of Health § | |
| and Human Services, et al., § | |
| § | |
| Defendants. § | |

**ORDER STAYING CASE**

Before the Court is the parties' joint status report stating that the Court's "operative stay of further district court proceedings remains appropriate." Docket No. 51. In light of this report, the Court hereby **ORDERS** that proceedings in this case are stayed until further order of the Court. The parties are **ORDERED** to file a joint status report with any new developments within 60 days of this Order.

Finally, the Court directs the Clerk of Court to administratively close this case for administrative and statistical purposes. The administrative and statistical closing of this case shall not prejudice the rights of the parties to proceed with this case if further proceedings become necessary.

So **ORDERED** and **SIGNED** this **17th** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE