**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-211-JDK |
| | § | |
| ROBERT F. KENNEDY, JR., in his | § | |
| official capacity as Secretary of Health | § | |
| and Human Services, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR STATUS REPORT

On April 17, 2025, the Court stayed and administratively closed this case. Docket No. 52. The parties filed a status report in June 2025 asking the Court to leave the stay in place while the Final Rule at issue "remain[ed] under consideration" at HHS. Docket No. 53. No further reports have been submitted.

Accordingly, the Court **ORDERS** the parties to file a joint status report by **April 16, 2026**, informing the Court of the status of the case.

So **ORDERED** and **SIGNED** this **2nd** day of **April, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE