**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:24-cv-211-JDK |
| ROBERT F. KENNEDY, JR., in his | § | |
| official capacity as Secretary of Health | § | |
| and Human Services, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On April 17, 2025, the Court stayed and administratively closed this case. Docket No. 52.  The parties filed a status report in June 2025 asking the Court to leave the stay in place while the Final Rule at issue "remain[ed] under consideration" at HHS.  Docket No. 53.  The Court ordered a status report on April 2, 2026, and the parties filed the report on April 16, 2026 (Docket No. 59).  Plaintiffs asserted that the stay should be lifted so that they could move for summary judgment; Defendants oppose lifting the stay because, in part, related cases are currently being resolved in the Fifth Circuit.  Docket No. 59 at 4–5.

However, no motion to lift the stay or to proceed in any other manner has been filed.  If Plaintiffs desire to proceed with a summary judgment motion, they are advised to file a motion to lift the stay and proceed accordingly.

So **ORDERED** and **SIGNED** this **18th** day of **May, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE